[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 18, 2006
THOMAS K. KAHN
CLERK

No. 06-11371
Non-Argument Calendar

_____

D. C. Docket No. 05-20613-CR-MGC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMUNDO FUERTES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 18, 2006)**

Before BARKETT, MARCUS  and WILSON, Circuit Judges.

PER CURIAM:

Philip Reizenstein, counsel for Raymundo Fuertes in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and has

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fuertes's convictions and sentences are **AFFIRMED.**